CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:DDC)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | HON. FAITH S. HOCHBERG |
|---|---|
| *Plaintiff,* | *Criminal No.* 03-651 |
| v. | **ORDER FOR REMISSION OF FINE** |
| DENNIS NAVARRO, | |
| *Defendant.* | |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (John G. Silbermann, Jr., Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____ day of _____, 2008,

ORDERED, that the balance of the fine imposed on October 26, 2006, in the amount of $1,035.00 is hereby remitted.

FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE